Velocity Chiropractic, P.C., as Assignee of Marianna Petrova, Respondent,
against
Ameriprise Auto & Home, Appellant.




Bruno, Gerbino & Soriano, LLP (Mitchell L. Kaufman, Esq.), for appellant.
Law Offices of Ilona Finkelshteyn, P.C. (Marina Josovich, Esq.), for respondent.

Appeal from an order of the Civil Court of the City of New York, Queens County (Richard G. Latin, J.), entered March 26, 2014. The order granted plaintiff's motion for summary judgment and denied defendant's cross motion for summary judgment dismissing the complaint.




ORDERED that the order is modified by providing that plaintiff's motion for summary judgment is denied; as so modified, the order is affirmed, without costs.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff moved for summary judgment, and defendant cross-moved for summary judgment dismissing the complaint on the ground that plaintiff had failed to appear for duly scheduled examinations under oath (EUOs). By order entered March 26, 2014, the Civil Court granted plaintiff's motion and denied defendant's cross motion.
Contrary to defendant's argument on appeal, the proof it submitted in support of its cross motion was not sufficient to demonstrate, as a matter of law, that the EUO scheduling letters had been timely mailed. However, we find that the proof was sufficient to raise a triable issue of fact as to whether defendant had timely mailed the letters and, thus, whether it had properly denied the claims at issue based on plaintiff's failure to appear for duly scheduled EUOs. 
Accordingly, the order is modified by providing that plaintiff's motion for summary judgment is denied.
PESCE, P.J., ALIOTTA and SOLOMON, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: September 22, 2017